# United States Court of Appeals
## For the First Circuit

No. 11-1194

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN PARKS,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on October 16, 2012, should be amended as follows.

On page 13, 3rd line of 3rd paragraph, replace "concurrent" with "consecutive".